## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-10104 RLJ  
**Case Name:** RINGO DRILLING I, LP  
**Period Ending:** 12/04/18

**Trustee:** (631640) HARVEY L. MORTON  
**Filed (f) or Converted (c):** 05/27/14 (f)  
**§341(a) Meeting Date:** 07/18/14  
**Claims Bar Date:** 09/23/14

| 1 Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Utility Refund (u) | 0.00 | 0.00 | | 29.08 | FA |
| 2 | Capital Credits (u) | 0.00 | 0.00 | | 3,381.97 | FA |
| 3 | VOID ENTRY | 0.00 | 0.00 | | 0.00 | FA |
| 4 | VOID ENTRY | 0.00 | 0.00 | | 0.00 | FA |
| 5 | VOID ENTRY (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 6 | EQUIPMENT REFUNDS (u) | 0.00 | 0.00 | | 8,810.03 | FA |
| 7 | VOID ENTRY (u) | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 10.98 acres in Taylor County, Texas    Included in Sale with asset #9 | 450,000.00 | 440,871.03 | | 0.00 | FA |
| 9 | 26.524 acres in Taylor County    Sale includes asset #8 | 400,000.00 | 278,250.90 | | 700,208.20 | FA |
| 10 | Business Cash Reserve Acct - Community Nat'l | 518,742.60 | 518,742.60 | | 0.00 | FA |
| 11 | RDLP Operating Acct - Community Nat'l | 451.80 | 451.80 | | 0.00 | FA |
| 12 | Payroll Acct - Chase Bank | 415.99 | 415.99 | | 1,519.62 | FA |
| 13 | Accounts Receivable | 1,305,485.51 | 452,276.83 | | 10,917.00 | FA |
| 14 | Enterprise Fleet Mgmt | 1,051,216.99 | 1,051,216.99 | | 10,081.80 | FA |
| 15 | Travelers CL Return Premium | 150,000.00 | 150,000.00 | | 82,037.00 | FA |
| 16 | 2013 Dodge Ram 3500 | 55,000.00 | 0.00 | | 0.00 | FA |
| 17 | 2011 Dodge | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 18 | 2010 Chevrolet | 12,000.00 | 12,000.00 | | 0.00 | FA |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-10104 RLJ  
**Case Name:** RINGO DRILLING I, LP  

**Period Ending:** 12/04/18

**Trustee:** (631640)    HARVEY L. MORTON  
**Filed (f) or Converted (c):** 05/27/14 (f)  
**§341(a) Meeting Date:** 07/18/14  
**Claims Bar Date:** 09/23/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | 2010 Chevrolet | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 20 | Office Equipment and Furnishings | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 21 | 12 drilling rigs, etc | 16,691,350.00 | 11,671,551.20 | | 5,271,330.15 | FA |
| 22 | 2 - 2007 International trucks & 11 trailers | 606,000.00 | 606,000.00 | | 0.00 | FA |
| 23 | 2007 International Truck | 85,000.00 | 182.22 | | 0.00 | FA |
| 24 | Inventory | 1,187,437.95 | 1,187,437.95 | | 0.00 | FA |
| 25 | Prepaid 2014 Propert Taxes | 168,838.81 | 168,838.81 | | 0.00 | FA |
| 26 | ALLY  (u) | 0.00 | 8,081.85 | | 8,081.85 | FA |
| 27 | Adversary - North American Drilling Corp  (u)<br>    NA Drilling defaulted on on settlement agreement. Balance is uncollectable. | 67,549.56 | 67,549.56 | | 30,000.00 | FA |
| 28 | Gossett, Harrison Trust Account Funds  (u) | 0.00 | 0.00 | | 6,630.87 | FA |
| 29 | Insurance Premium Refund  (u) | 0.00 | 0.00 | | 48.00 | FA |
| 29 | **Assets**     **Totals**  (Excluding unknown values) | **$22,791,489.21** | **$16,655,867.73** | | **$6,133,075.57** | **$0.00** |

RE PROP# 5        Accounts Reivable - Asset #13

**Major Activities Affecting Case Closing:**

2/3/2015 - Finalizing recovery of accounts receivable.  Adversary proceedings on accounts receivable.  One payout agreement reached on accr -- $5,000 per month for 12 months.

8/18/15 - REVIEW OF CLAIMS IN PROGRESS.  OBJECTIONS TO BE FILED.

Printed: 12/10/2018 03:30 PM    V.14.14

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| | |
|---|---|
| **Case Number:** 14-10104 RLJ | **Trustee:** (631640) HARVEY L. MORTON |
| **Case Name:** RINGO DRILLING I, LP | **Filed (f) or Converted (c):** 05/27/14 (f) |
| | **§341(a) Meeting Date:** 07/18/14 |
| **Period Ending:** 12/04/18 | **Claims Bar Date:** 09/23/14 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

10/12/2015 - completion of review of claims.  Collection of accounts receivable.

01/27/2016 - objections to claims to be filed.  Collection of outstanding receivables ongoing.

5/21/2016 - Collection attempts of oustanding receivables is ongoing thru adversary proceedings.

10/17/2016 - Case is in line for preparation of TFR.

12/28/2016 - Objections to claims filed.  In line for preparation of TFR.

04/06/2017 - Case is in line for preparation of TFR.

10/09/2017 - We are at the point of working on preparing a closing report.but I have been delayed because my attempts to close R. L. Atkins, SESCO, Comanche Iron and Metal, Clement Cattle Company and two other sizablecases.  At the present time, I am also heavily committed to the Scott Odam case.

5/8/18 - additional objections to claims to be filed.

12/10/2018 - Additional objections to claims to be filed.

**Initial Projected Date Of Final Report (TFR):**  March 31, 2016      **Current Projected Date Of Final Report (TFR):**  July 31, 2018